# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| LISA KUHFAHL | CIVIL ACTION NO. 6:18-70 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DJO, LLC, ET AL. | MAG. JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the unopposed Motion To Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [Rec. Doc. 9], filed by Defendant, DJO, LLC is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE..

MONROE, LOUISIANA, this 5th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE